FILED
July 29, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AMY PENTKOWSKI, MARK PENTKOWSKI, and ANNETTE BLEECH, AS HEIRS, AND AS REPRESENTATIVES OF THE ESTATE OF DANIEL PENTKOWSKI, DECEASED,<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE CITY OF SAN ANTONIO, TEXAS and BEXAR COUNTY, TEXAS,**<br><br>**Defendants.** | **NO. SA-24-CV-01454-OLG** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed May 16, 2025, concerning the Motions to Dismiss filed by Defendants Bexar County (Dkt. No. 9) and the City of San Antonio (Dkt. No. 10). (*See* R&R, Dkt. No. 27.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days. FED. R. CIV. P. 72(b)(2). Defendants, through counsel, were electronically served with a copy of the R&R on May 19, 2025, and Bexar County timely filed its objections on May 30, 2025 (*see* Dkt. No. 28). Plaintiff responded to Bexar County's objections on June 13, 2025 (*see* Dkt. No. 29).

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). The Court has reviewed the portions of the R&R to which Bexar County has

objected de novo and finds that the Magistrate Judge correctly applied the relevant law to the facts. The Court has reviewed the remainder of the R&R for clear errors and finds none. *See Wilson*, 864 F.2d at 1221 (explaining that any portions of an R&R that are not objected to are reviewed for clear error).

Accordingly, the Court **ADOPTS** Judge Chestney's R&R (Dkt. No. 27) and, for the reasons set forth therein, Defendant Bexar County's Motion to Dismiss (Dkt. No. 9) and Defendant City of San Antonio's Motion to Dismiss (Dkt. No. 10) are **DENIED**.

It is so **ORDERED**.

**SIGNED** this ___29___ day of July 2025.

ORLANDO L. GARCIA
United States District Judge